■ KOZY BOOKS, INC., et al. v. IRWIN STILLMAN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY J. BONOMOLO.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of GABRIEL PASCAL, Deceased.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court, on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered on December 4, 1962 is modified accordingly. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ALGIL REALTY CORP. v. MARTIN SCHULMAN et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 7, 1963, with notice of argument for February 19, 1963, said appeal to be argued or submitted when reached. However, if respondents elect, they may file an increased bond of $100,000 within 10 days after entry of the order herein, in which event the stay herein is vacated. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SEBASTIANO DE FILIPPO.— Motion for leave to prosecute appeal *pro se* granted upon conditions provided in the order of this court entered on July 13, 1961. The defendant's time within which to perfect his appeal is enlarged to the March 1963 Term of this court. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE CARROLL. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MUHAMMAD SADIQ and ABID HANEEF.— [In each action] Enlargement of time granted. Concur — Rabin, J. P., McNally, Stevens, Steuer and Noonan, JJ.

■ ADOLPH TAUSIK v. HELEN T. TAUSIK.— Motion for a stay granted on condition that appellant procures the consolidated record on appeal and appellant's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

## (January 18, 1963)

■ In the Matter of MAURICE HAAS, an Attorney.— Motion for reinstatement granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of MORRIS O. ALPRIN, an Attorney.— Motion for reinstatement granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.